UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| NATHAN BRACKETT, et al., | ) |
| --- | --- |
| Plaintiffs, | ) |
| v. | ) |
|  | ) Case No. 1:14-cv-252-JDL |
| ROBIN THICKE, | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed his Recommended Decision (ECF No. 4) with the court on August 4, 2014, pursuant to 28 U.S.C. § 636 (b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired on August 25, 2014, and no objections have been filed. The Magistrate Judge notified plaintiff David Rothrock that failure to object would waive his right to *de novo* review and appeal. The court's mailings to plaintiff Nathan Brackett, at the address listed in the complaint, 1290 Avenue of the Americas, New York, NY 10104, were returned by the United States Postal Service as undeliverable on July 24 and August 19, 2014. *See* ECF No. 3 and 5.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

**SO ORDERED.**

Dated: September 16, 2014

/s/Jon D.Levy
**United States District Judge**